**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001228
16-APR-2015
09:24 AM**

NO. CAAP-14-0001228

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., Plaintiff-Appellee,
v.
SIXTO AMARILLO; JESIE JUAN; MARIBEL JUAN, Defendants-Appellants,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 and
DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-1119(1))

ORDER GRANTING STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed April 10, 2015, by Defendants-Appellants Sixto Amarillo, Jesie Juan and Maribel Juan, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), which governs dismissal of docketed appeals; (3) the appeal was docketed December 29, 2014; and (4) the parties agree to bear their own fees and costs on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, April 16, 2015.

Presiding Judge

Associate Judge

Associate Judge